**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No. 06-00617 (EGS)** |
| | : | |
| **ONE 2001 JEEP GRAND** | : | |
| **CHEROKEE LAREDO 4X4,** | : | |
| **SPORT UTILITY 4-DOOR** | : | |
| **VIN: 1J4GW48S71C683464,** | : | |
| **WITH ALL APPURTENANCES** | : | |
| **AND ATTACHMENTS THEREON,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**GOVERNMENT'S MOTION FOR**
**REASSIGNMENT OF RELATED CIVIL CASE**

The United States of America, by and through the undersigned counsel, moves for

reassignment of the above-captioned civil case to United States District Judge Ellen S. Huvelle.

As grounds for this motion, the Government states as follows:

(1)  A Notice of Designation of a Related Case was filed, pursuant to Rule LCvR 40.5, in

the above-captioned civil case.  The Notice incorrectly identified United States District Judge

Emmet G. Sullivan's assignment to the related criminal case.

(2)  The related criminal case, *United States v. Antoine Jones, et al.*, Criminal No. 05-386,

is pending in this Court and is currently assigned to United States District Judge Ellen S.

Huvelle.

(3)  A corrected Notice of Designation of a Related Criminal case is attached to this

motion.

WHEREFORE, for the foregoing reasons, we respectfully request that the Court grant our motion for reassignment of the above-captioned related civil case to United States District Judge Ellen S. Huvelle.  A proposed Order is attached to this motion.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058


_____/s/_____
WILLIAM R. COWDEN
Assistant United States Attorney
D.C. Bar No. 426301
United States Attorney's Office
Asset Forfeiture Unit, Criminal Division
555 4th Street, N.W., Room 4824
Washington, D.C.  20530
(202) 307-0258


CERTIFICATE OF SERVICE

_____I HEREBY CERTIFY that the foregoing Government's Motion for Reassignment of Civil Case has been mailed, by first class mail, postage prepaid, this _5th_ day of April, 2006, to counsel for Ms. Deniece Jones, Michael R. Worthy, Esq., Williams Worthy, Attorneys & Counsellors at Law, 5400 Kenilworth Avenue, Riverdale, MD 20737.


_____/s/_____
WILLIAM R. COWDEN
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No. 06-00617 (EGS)** |
| | : | |
| **ONE 2001 JEEP GRAND** | : | |
| **CHEROKEE LAREDO 4X4,** | : | |
| **SPORT UTILITY 4-DOOR** | : | |
| **VIN: 1J4GW48S71C683464,** | : | |
| **WITH ALL APPURTENANCES** | : | |
| **AND ATTACHMENTS THEREON,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

**O R D E R**

Upon consideration of the Government's motion for reassignment of the above-captioned related civil case to United States District Judge Ellen S. Huvelle and for good cause shown, it is this _____ day of April, 2006,

ORDERED that the Government's motion should be and hereby is granted; and it is

FURTHER ORDERED that the above-captioned related civil case shall be reassigned to United States District Judge Ellen S. Huvelle.


_____
UNITED STATES DISTRICT JUDGE

cc:

William R. Cowden
Assistant United States Attorney
United States Attorney's Office
Asset Forfeiture Unit, Criminal Division
555 4th Street, N.W., Room 4824
Washington, D.C.  20530


Michael R. Worthy, Esq.
Williams Worthy
Attorneys & Counsellors at Law
5400 Kenilworth Avenue
Riverdale, MD 20737
(Counsel for Ms. Deniece Jones)