UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Civil Action No. 06-00617 (EGS) |
| ONE 2001 JEEP GRAND : CHEROKEE LAREDO 4X4, : SPORT UTILITY 4-DOOR : VIN: 1J4GW48S71C683464, : WITH ALL APPURTENANCES : AND ATTACHMENTS THEREON, : | |
| Defendant. : | |

### ORDER

Upon consideration of the Government's motion for reassignment of the above-captioned related civil case to United States District Judge Ellen S. Huvelle and for good cause shown, it is this _____ day of April, 2006,

ORDERED that the Government's motion should be and hereby is granted; and it is

FURTHER ORDERED that the above-captioned related civil case shall be reassigned to United States District Judge Ellen S. Huvelle.

_____
UNITED STATES DISTRICT JUDGE

cc:

William R. Cowden
Assistant United States Attorney
United States Attorney's Office
Asset Forfeiture Unit, Criminal Division
555 4th Street, N.W., Room 4824
Washington, D.C. 20530


Michael R. Worthy, Esq.
Williams Worthy
Attorneys & Counsellors at Law
5400 Kenilworth Avenue
Riverdale, MD 20737
(Counsel for Ms. Deniece Jones)