U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CA-06-0617 ESH |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ONE 2001 JEEP GRAND CHEROKEE LAREDO SPORT UTILITY VEHICLE, VIN 1J4GW48S71C683464, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON. | Warrant of Arrest in Rem & Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

One 2001 Jeep Grand Cherokee Laredo Sport Utility Vehicle   (Defendant)

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
VIN: 1J4GW48S71C683464     601 4th St NW

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William R. Cowden
Judith A. Kidwell
Assistant United States Attorneys
U.S. Attorney's Office
555 4th Street, N.W., 4th Floor
Washington, D.C.  20530

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Asset ID No. 06-FBI-000168
Case No. 281D-WF-213679

Contact FBI, CR-1

| Signature of Attorney or other Originator requesting service on behalf of: WKC/gp  William R. Cowden | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (202) 307-0258 | DATE 4/3/06 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 16 | District to Serve No. 16 | Signature of Authorized USMS Deputy or Clerk  Beth Bryant | Date 4/4/06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Kenelda Shaw  paralegal  202 278 2312

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | |
|---|---|---|
| 5/4/06 | 1400 | pm |

Signature of U.S. Marshal or Deputy     3570

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

**RECEIVED**
MAY 0 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |