## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No.  06-0617 (ESH)** |
| | : | |
| **ONE 2001 JEEP GRAND CHEROKEE** | : | |
| **LAREDO 4X4, SPORT UTILITY 4-DOOR ,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

While proof of service of process in this case was accomplished on May 4, 2006, plaintiff has done nothing further to prosecute this case.  Accordingly, it is hereby

**ORDERED** that by no later than June 26, 2006, plaintiff shall cause default to be entered and apply for entry of judgment thereon or show cause why a motion for entry of default has not been filed.  If plaintiff fails to do this, the complaint will be dismissed for want of prosecution.


                                                s/                         
                                        ELLEN SEGAL HUVELLE
                                        United States District Judge


Date: June 16, 2006