UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ONE 2001 JEEP GRAND )<br>CHEROKEE LAREDO 4X4, )<br>SPORT UTILITY 4-DOOR )<br>VIN: 1J4GW48S71C683464, )<br>WITH ALL APPURTENANCES )<br>AND ATTACHMENTS THEREON, )<br>)<br>Defendant. )<br>_____) | Civ. No. 06-00617 (ESH) |

**AFFIDAVIT IN SUPPORT OF DEFAULT AGAINST**
**_IN REM_ DEFENDANT 2001 JEEP GRAND CHEROKEE**

I hereby certify under penalty of perjury, this 19th day of June, 2006, that I am the attorney of record for the plaintiff in the above-entitled case; that the *in rem* defendant 2001 Jeep Grand Cherokee Laredo 4x4, sport utility vehicle, VIN: 1J4GW48S71C683464, with all appurtenances and attachments thereon (hereinafter: "defendant vehicle"), was personally served with process on May 4, 2006.[1]

I further certify that notice of this action has been given to all known or unknown

---

[1] Copies of the Complaint and the Warrant of Arrest *in Rem* issued by the Clerk of the Court were served upon the *in rem* defendant vehicle on May 4, 2006.

interested parties by means of certified mail[2] or by publication.[3]

I further certify under penalty of perjury that no appearances has been entered on behalf of the said *in rem* defendant vehicle in this case; no pleading on behalf of the *in rem* defendant vehicle has been filed and none served upon the attorney for the plaintiff; no extensions have been given and the time for filing has expired; and that the *in rem* defendant vehicle is neither an infant nor an incompetent person.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

The Clerk is requested to enter a Default against said *in rem* defendant vehicle.

_____
WILLIAM R. COWDEN
(D.C. Bar #426301)
Assistant United States Attorney
U.S. Attorney's Office
Asset Forfeiture Unit, Criminal Division
555 Fourth St., N.W., Room 4824
Washington, D.C. 20530
(202) 307-0258

---

[2] Copies of the Complaint and Warrant of Arrest *In Rem* were served, upon all known interested parties, via the United States Postal Service, certified mail, to: Ms. Deniece Jones on April 22, 2006 and her counsel Michael Worthy, Esq. on April 21, 2006; Antoine Jones on April 25, 2006 and his counsel A. Eduardo Balarezo, Esq. on May 22, 2006; and to Chrysler Financial Corporation, lienholder, on April 24, 2006.

[3] A notice of seizure was published on May 16, 2006, in THE WASHINGTON TIMES and on May 22, 2006, in THE DAILY WASHINGTON LAW REPORTER.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Affidavit in Support of Default Against *In Rem* Defendant 2001 Jeep Grand Cherokee was sent by U.S. Postal Service, certified mail, to Ms. Deniece Jones, 10870 Moore Street, Waldorf, MD 20603 and 12221 Brandywine Road, Brandywine, MD 20613; to counsel for Ms. Deniece Jones, Michael R. Worthy, Esq., Williams Worthy, Attorneys & Counsellors at Law, 5400 Kenilworth Avenue, Riverdale, MD 20737; and to Chrysler Financial Corporation, lienholder, 6700 Alexander Bell Drive, Columbia, MD 21046 on this 19th day of June, 2006.

                                                                           _____
                                                                           WILLIAM R. COWDEN
Assistant United States Attorney
United States Attorney's Office
Asset Forfeiture Unit, Criminal Division
555 4th Street, N.W., Room 4824
Washington, D.C. 20530
(202) 307-0258