UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| Plaintiff, : | |
| v. : | Civil Action No. 06-0617 (ESH) |
| **ONE 2001 JEEP GRAND CHEROKEE LAREDO 4X4, SPORT UTILITY 4-DOOR,** : | |
| Defendant. : | |

**ORDER**

Default having been entered by the Clerk of Court on June 20, 2006, it is hereby

**ORDERED** that plaintiff shall move for default judgment on or before June 30, 2006, or the Court will dismiss this action for lack of prosecution pursuant to LCvR 83.23.


                                         s/
                                ELLEN SEGAL HUVELLE
                                United States District Judge

Date: June 26, 2006