UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  06-00617 (ESH) |
| ) | |
| ONE 2001 JEEP GRAND ) | |
| CHEROKEE LAREDO 4X4 ) | |
| SPORT UTILITY 4-DOOR ) | |
| VIN:  1J4GW48S71C683464, ) | |
| WITH ALL APPURTENANCES ) | |
| AND ATTACHMENTS THEREON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION FOR ENTRY OF DEFAULT
JUDGMENT AND JUDGMENT OF FORFEITURE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves, pursuant to Fed. R. Civ. P. 55, 18 U.S.C. § 983(a)(4)(A), and Rule C(6), Supplemental Rules for Certain Admiralty and Maritime Claims, for entry of Default Judgment and for a Judgment of Forfeiture as to the defendant property identified in the Verified Complaint for Forfeiture *In Rem*, on the grounds that no timely paper, pleading, or other claim was filed on behalf of the defendant herein and the Default was entered by the Clerk of this Court on June 20, 2006.

A proposed Judgment of Forfeiture is submitted herewith, along with a Memorandum of Points and Authorities.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058

/s/
WILLIAM R. COWDEN
Assistant United States Attorney
D.C. Bar No. 426301

/s/
JUDITH A. KIDWELL
Assistant United States Attorney
United States Attorney's Office
Asset Forfeiture Unit, Criminal Division
555 4th Street, N.W., Room 4818
Washington, D.C. 20530
(202) 514-7250

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion for Entry of Default Judgment and Judgment of Forfeiture, accompanying Memorandum, and Proposed Order of Forfeiture was sent by U.S. Postal Service, certified mail, to Ms. Deniece Jones, 10870 Moore Street, Waldorf, MD 20603 and 12221 Brandywine Road, Brandywine, MD 20613; to counsel for Ms. Deniece Jones, Michael R. Worthy, Esq., Williams Worthy, Attorneys & Counsellors at Law, 5400 Kenilworth Avenue, Riverdale, MD 20737; and to Chrysler Financial Corporation, lienholder, 6700 Alexander Bell Drive, Columbia, MD 21046 on this     27th     day of June, 2006.

/s/
WILLIAM R. COWDEN
Assistant United States Attorney
United States Attorney's Office
Asset Forfeiture Unit, Criminal Division
555 4th Street, N.W., Room 4824
Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | Civil Action No. 06-00617 (ESH) |
| ) | |
| ONE 2001 JEEP GRAND   ) | |
| CHEROKEE LAREDO 4X4   ) | |
| SPORT UTILITY 4-DOOR   ) | |
| VIN:  1J4GW48S71C683464,   ) | |
| WITH ALL APPURTENANCES   ) | |
| AND ATTACHMENTS THEREON,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |

**MEMORANDUM IN SUPPORT OF MOTION FOR
DEFAULT JUDGMENT AND JUDGMENT OF FORFEITURE**

On April 3, 2006, the plaintiff filed a Verified Complaint for Forfeiture *In Rem* against the defendant 2001 Jeep Grand Cherokee Laredo 4x4 sport utility vehicle.  Copies of the Complaint and Warrant of Arrest *In Rem* issued by the Clerk of the Court were served upon the defendant on May 4, 2006.  (*See* Exhibit I.)  Additionally, copies of the Complaint and Warrant of Arrest *In Rem* were served upon all known interested parties, via the United States Postal Service, certified mail, including to:  Ms. Deniece Jones on April 22, 2206 and her counsel Michael Worthy, Esq. on April 21, 2006; Antoine Jones on April 25, 2006 and his counsel A. Eduardo Balarezo, Esq. on May 22, 2006; and Chrysler Financial Corporation, lienholder, on April 24, 2006.  (*See* Exhibits II-a-b-c-d-e.)  Further, a notice of seizure was published in THE WASHINGTON TIMES on May 16, 2006, and in THE DAILY WASHINGTON LAW REPORTER on May 22, 2006, in full compliance with applicable Local Rules and Rules of Procedure.  (*See* Exhibits III and IV.)

No response, answer, or defense was interposed in accordance with applicable rules, resulting in the entry of a Default by the Clerk of this Court on June 20, 2006.  No other party has filed a claim or pleading challenging the forfeiture of the defendant property and the time for filing a claim has expired.  *See* 18 U.S.C. § 983(a)(4)(A); Rule C(6), Supplemental Rules for Certain Admiralty and Maritime Claims.

The entry of Default and a Judgment by Default against the defendant is amply supported in the circumstances of this case.  Indeed, the clerk of the Court "shall enter" the Default where there has been a failure to timely plead or otherwise defend an action within the time fixed by law.  Fed. R. Civ. P. Rule 55(a).  Moreover, the Civil Asset Forfeiture Reform Act of 2000, codified at 18 U.S.C. § 983(a)(4)(A), mandates the filing of a claim within 30 days of the service of the government's complaint.

Further, whenever a judgment is sought for other than a sum certain (i.e. Judgment of Forfeiture), application for Judgment by Default shall be made to the Court and such Judgment may be entered by the Court so long as the defaulted party is not an infant or otherwise incompetent.  Fed. R. Civ. P. Rule 55(b); *DirecTV, Inc. v. Arnold*, 392 F. Supp.2d 415 (N.D.N.Y. 2005).  *See also Canady, MD v. Erbe Elektromedizin GMBG*, 307 F. Supp.2d 2 (D.D.C. 2004); *United States v. Gant*, 268 F. Supp.2d 29 (D.D.C. 2003).

Accordingly, upon consideration of the record in this case, including a showing of compliance with applicable rules regarding service of process and notice by publication, and the Default having been entered by the Clerk of the Court, it is respectfully requested that this motion be granted. A proposed Order of Forfeiture is attached.

                                                    Respectfully submitted,

/s/
KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058

/s/
WILLIAM R. COWDEN
Assistant United States Attorney
D.C. Bar No. 426301

/s/
JUDITH A. KIDWELL
Assistant United States Attorney
United States Attorney's Office
Asset Forfeiture Unit, Criminal Division
555 4th Street, N.W., Room 4818
Washington, D.C. 20530
(202) 514-7250