**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | X |
| Return Receipt Fee (Endorsement Required) | X |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark
Here APR 19 2006

Total
Recip
Stree

Ms. Deniece Jones
10870 Moore Street
Waldorf, MD 20603

City, Complaint, Warrant, Summons re: *US v. 2001 Jeep Gran.*
*Cherokee,* Cv. No. 06-0617 (ESH) + Interrogatories

PS Form 3800, February 2000                    See Reverse for Instructions

7099 3400 0014 4338 2135

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. Deniece Jones
10870 Moore Street
Waldorf, MD 20603

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Denuc Jens_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
_Den Sc Jones_

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☑ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)    7099 3400 0014 4338 2135

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**GOVERNMENT EXHIBIT II-a**
*United States v. One 2001 Jeep Grand
Cherokee..., VIN 1J4GW48S71C683464*
**Civil Action No. 06-617 (ESH)**