**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Complaint, Warrant, Summons re: US v. 2001 Jeep Grand Cherokee, Cv #06-617 + Interrogatories + Mot. Reassignment of Related Civil Case.

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | x | Postmark Here APR 19 2006 |
| Return Receipt Fee (Endorsement Required) | x | |
| Restricted Delivery Fee (Endorsement Required) | | |

T: Michael R. Worthy, Esq.
Williams Worthy
Attorneys & Counsellors at Law
5400 Kenilworth Avenue
Riverdale, MD 20737
(Counsel for Ms. Deniece Jones)

PS Form 3800, February 2000    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael R. Worthy, Esq.
   Williams Worthy
   Attorneys & Counsellors at Law
   5400 Kenilworth Avenue
   Riverdale, MD 20737

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Silvia Rodriguez*  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Silvia Rodriguez   C. Date of Delivery: 4/21/06
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7099 3400 0014 4338 2128

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**GOVERNMENT EXHIBIT II-b**
*United States v. One 2001 Jeep Grand Cherokee..., VIN 1J4GW48S71C683464*
Civil Action No. 06-617 (ESH)