

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7099 3400 0014 4338 2104**
Status: **Delivered**

Your item was delivered at 11:25 am on April 25, 2006 in WASHINGTON, DC 20003.

Additional Details >   Return to USPS.com Home >

### Track & Confirm
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   Go >



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

