**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Complaint, Warrant, Summons re: US v. 2001 Jeep Grand Cherokee, Cv. #06-617

| | |
|---|---|
| Postage | $ |
| Certified Fee | x |
| Return Receipt Fee (Endorsement Required) | x |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark APR 2006

Recip: A. Eduardo Balarezo, Esq.
400 Fifth Street, N.W.
Washington, D.C. 20001
(Counsel for Mr. Antoine Jones)

PS Form 3800, February 2000    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    A. Eduardo Balarezo, Esq.
    400 Fifth Street, N.W.
    Washington, D.C. 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent   ☑ Addressee

B. Received by (Printed Name): AE Balarezo
C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes  ☑ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7099 3400 0014 4338 2098

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**GOVERNMENT EXHIBIT II-d**
*United States v. One 2001 Jeep Grand Cherokee..., VIN 1J4GW48S71C683464*
Civil Action No. 06-617 (ESH)