**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | x |
| Return Receipt Fee (Endorsement Required) | x |
| Restricted Delivery Fee (Endorsement Required) | |
| Total P | |
| Recipient | Chrysler Financial Corporation |
| Street, A | 6700 Alexander Bell Drive |
| City, Sta | Columbia, MD 21046 |

APR 2 0 2006

Complaint, Warrant, Summons re: *US v. 2001 Jeep Grand Cherokee*, Cv. No. 06-0617 +Petition Form and Regs.

PS Form 3800, February 2000                See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Chrysler Financial Corporation
   6700 Alexander Bell Drive
   Columbia, MD 21046

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☑ Agent  ☐ Addressee

B. Received by (Printed Name): S. Verde
C. Date of Delivery: 4/24/06

D. Is delivery address different from item 1?  ☐ Yes  ☑ No
If YES, enter delivery address below:

APR 24 2006

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7099 3400 0014 4338 2111

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

**GOVERNMENT EXHIBIT II-e**
*United States v. One 2001 Jeep Grand Cherokee..., VIN 1J4GW48S71C683464*
Civil Action No. 06-617 (ESH)