DISTRICT OF COLUMBIA, to wit:

Personally appeared before me, a Notary Public in and for the said District of Columbia,

**Caleb Hannabury**

who being duly sworn according to law, on oath says he is the duly authorized agent of The Daily Washington Law Reporter Company, publishers of The Daily Washington Law Reporter, a newspaper of general circulation printed and published in the District aforesaid, and that the advertisement of which the affixed is a true copy, was published in the regular editions of said newspaper _1_ times on the following dates:

May 22 2006

_____

_/s/ Caleb Hannabury_
Agent

Costs $ 64.48

Subscribed to and sworn before me this

_22_ day, _May_, 2006

_/s/ Donald J. Nichols_
Donald J. Nichols
Notary Public, District of Columbia
My Commission expires 12/14/2009

Seal

Copy of Notice

**NOTICE**

NOTICE IS HEREBY GIVEN that by virtue of a Warrant for Arrest In Rem, issued by the U.S. District Court for the District of Columbia, in an action entitled United States v. One 2001 Jeep Grand Cherokee Laredo 4x4, Sport Utility 4-Door, VIN: 1J4GW48S71C683464, With All Appurtenances and Attachments Thereon, the United States Marshals Service arrested on May 4, 2006, one 2001 Jeep Grand Cherokee Laredo 4x4, Sport Utility 4-door, said property described above under Civil Action No. 06-0617-ESH and filed on April 3, 2006, with the Clerk of the Court for the District of Columbia for violations of 21 U.S.C. § 881 and 18 U.S.C. § 981 which action requests that the said property be seized for condemnation and confiscation and requests such costs and disbursements as decreed by the Court. Any person who is entitled to possession, or claiming an interest in or to said property, pursuant to Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims and within 30 days after the earlier of (1) receiving actual notice of execution of process, or (2) the publication of this notice, must file a verified claim with the Clerk of the Court, U.S. District Court for the District of Columbia and make service upon the attorney for the plaintiff and must serve their answers within 20 days after the filing of their verified claims. All interested persons should file claims and answers within the time so fixed, or be defaulted and said property be condemned and forfeited to the use of the United States of America. William R. Cowden, Assistant United States Attorney, 555 Fourth Street, N.W., Room 4824, Washington, DC 20530. May 22, 2006.

**GOVERNMENT EXHIBIT IV**
*United States v. One 2001 Jeep Grand Cherokee..., VIN 1J4GW48S71C683464*
Civil Action No. 06-617 (ESH)