UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 28 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,                )
                                         )
        Plaintiff,                       )
                                         )
    v.                                   )   Civil Action No. 06-00617 (ESH)
                                         )
ONE 2001 JEEP GRAND                      )
CHEROKEE LAREDO 4X4                      )
SPORT UTILITY 4-DOOR                     )
VIN: 1J4GW48S71C683464,                  )
WITH ALL APPURTENANCES                   )
AND ATTACHMENTS THEREON,                 )
                                         )
        Defendant.                       )
                                         )

## ORDER OF FORFEITURE

On September 22, 2005, a Verified Complaint for Forfeiture *In Rem* against the defendant 2001 Jeep Grand Cherokee Laredo 4x4, sport utility vehicle, was filed by the plaintiff, United States of America. The complaint alleges that the defendant property was used or intended for use to transport or, in any manner, facilitate the transportation, sale, receipt, possession or concealment of a controlled substance, and is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4); that the defendant property was furnished in exchanged for controlled substances, or is traceable to such an exchange, or was intended to be used to facilitate any violation of 21 U.S.C. § 801 *et seq.*, and is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6); and additionally, that the defendant property was involved in a transaction or attempted transaction in violation of 18 U.S.C. §§ 1956 or 1957 (money laundering), or traceable to such property, and is therefore subject to forfeiture pursuant to 18 U.S.C. 981(a)(1)(A).

It appearing that process was fully issued in this action with respect to the defendant and returned according to law;

That pursuant to a Warrant of Arrest *In Rem* issued by this Court, the United States Marshal for the District served the said defendant on May 4, 2006;

That on June 20, 2006 the Clerk of this Court entered a Default for failure to file a claim with respect to the said defendant property within the time permitted by 18 U.S.C. § 983(a)(4)(A); and

That no defense to the forfeiture remains interposed.

Now, therefore, on motion of the plaintiff, the United States of America, for Default Judgment and Judgment of Forfeiture, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the default of all persons interested in the defendant property further identified as:

> **ONE 2001 JEEP GRAND CHEROKEE LAREDO 4X4 SPORT UTILITY 4-DOOR, VIN: 1J4GW48S71C683464, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON**

be entered and that no right, title, or interest in the defendant shall exist in any other party, and that the said defendant property be and hereby is forfeited to the United States of America to be disposed of in accordance with law.

The Clerk is hereby directed to send copies of this Judgment of Forfeiture to all parties and a certified copy to the United States Marshals Service.

Dated this 28 day of June, 2006.

*Ellen S. Huvelle*
ELLEN S. HUVELLE
United States District Judge